**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED PRESS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> UPIPHOTO.COM and UPIPHOTO.ORG, <br><br> Defendants. | Civil Action No. 1:13-cv-807 <br> (TSE/TCB) |

**PLAINTIFF'S NOTICE OF MOTION**

PLEASE BE ADVISED THAT on Friday, October 11, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff UNITED PRESS INTERNATIONAL, INC., by counsel, will move pursuant to Fed. R. Civ. P. 55(b) and the Local Rules of this for the entry of a default judgment against UPIPHOTO.COM and UPIPHOTO.ORG, in accordance with the accompanying motion and memorandum.

Dated: September 16, 2013   By:   /s/ Attison L. Barnes, III /s/

    Attison L. Barnes, III (VA Bar No. 30458)
    David E. Weslow (admitted *pro hac vice*)
    Ari Meltzer  (admitted *pro hac vice*)
    WILEY REIN LLP
    1776 K St. NW
    Washington, DC 20006
    (202) 719-7000 (phone)
    (202) 719-7049 (fax)
    abarnes@wileyrein.com
    dweslow@wileyrein.com
    ameltzer@wileyrein.com

    *Counsel for Plaintiff*
    *United Press International, Inc.*

**CERTIFICATE OF SERVICE**

I, Attison L. Barnes, III, hereby certify that on September 16, 2013, I electronically filed the foregoing by using the CM/ECF system.  I also sent copies to the registrant of the domain names at the postal and email addresses provided by the registrant to the registrar of the UPIPHOTO.COM and UPIPHOTO.ORG domain names:

UNITED PHOTOGRAPHERS INTERNATIONALS UNITED
PHOTOGRAPHERS INTERNATIONALS
2 Filellinon str.
Kipoupoli
Heraklion, Crete 713 07
Greece
mailbox@metrovista.gr


UTD .PHOTOGR. INT. UTD .PHOTOGR. INT.
Heraklion, Crete, Greece
Heraklion Crete 71201
Greece
mailbox@metrovista.gr

    /s/ Attison L. Barnes, III
Attison L. Barnes, III, Esq.
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Tel: (202) 719-7000
Fax:  (202) 719-7049
abarnes@wileyrein.com

*Counsel for Plaintiff*
*United Press International, Inc.*